UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| Ramon Gonzalez a.k.a. Raymond § | Case Number: 1:22-cv-00073 |
| Gonzalez; Lorenzo Benavidez § | |
| individually and d.b.a. Benavidez § | |
| Tax Service, § | |
| § | |
| *Defendants*. § | |

## ORDER GRANTING UNITED STATES' MOTION FOR CONTINUANCE OR, IN THE ALTERNATIVE, A TELEPHONIC APPEARANCE

On this day, the Court considered United States' "Motion for Continue or, in the alternative, a Telephonic Appearance" ("Motion") in the above-captioned cause. After due consideration and finding good cause, the Court is of the opinion that the Motion should be granted.

Accordingly, IT IS ORDERED that United States' "Motion for Continue or, in the alternative, a Telephonic Appearance" is GRANTED.

IT IS FURTHER ORDERED that Defendant Ramon Gonzalez is to file a written response to Plaintiffs Motion (ECF No. 11) no later than October 5th, 2022.

A hearing is SET for October __26__, 2022 at ____2:00 p.m.____ in Courtroom 4 located at 600 E. Harrison Street, 3rd Floor, Brownsville, Texas 78520 before Judge Rolando Olvera.

 

**SIGNED** this __5th__ **day** of ____October____, **2022**

_____
**UNITED STATES DISTRICT JUDGE**